# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERTO HORACIO AVILA,<br>Defendant. | CASE NO.:   22CR0661-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in this case be continued from April 29, 2022, at 1:30 p.m. to June 24, 2022, at 1:30 p.m.  Time is excluded under 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  April 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge