# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 22-CR-661-JLS |
|---|---|---|
| Plaintiff, | ) | **ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| v. | ) | |
| ROBERTO HORACIO AVILA, | ) | |
| Defendant. | ) | |

The United States of America's Motion to Dismiss the Indictment (ECF No. 14), without prejudice, is GRANTED. The Court dismisses the Indictment without prejudice.

IT IS SO ORDERED.

Dated: May 6, 2022

Hon. Janis L. Sammartino
United States District Judge